**Order entered January 12, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-22-01337-CV

## IN THE INTEREST OF Z.E., CHILD

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-22-00703-W**

### ORDER

Before the Court is court reporter Marty Grant's request for an extension of time to file the reporter's record. We **GRANT** the motion and **ORDER** the record be filed no later than January 19, 2023.

/s/     KEN MOLBERG
        JUSTICE